May 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ROSE GIPSON-JELKS, Appellant

NO. 14-13-00967-CV

MAE K. GIPSON, Appellee

_____

This cause, an appeal from the judgment, signed October 22, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to delete the award of attorney's fees. We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

For good cause we order each party to pay one-half of all costs incurred in this appeal. We further order this decision certified below for observance.